**DISMISS; Opinion Filed June 3, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-11-01617-CV**

**DAWN DORSEY DANIELS, Appellant**
**V.**
**RONALD TURMAN, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07831E**

**MEMORANDUM OPINION**

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Myers

Appellant's brief in this case is overdue. By postcard dated October 15, 2012, we notified appellant the time for filing her brief had expired. We directed appellant to file, within ten days, both her brief and an extension motion. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Lana Myers/
LANA R. MYERS
JUSTICE

111617F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAWN DORSEY DANIELS, Appellant

No. 05-11-01617-CV          V.

RONALD TURMAN, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-11-07831E.
Opinion delivered by Justice Myers.
Justices Bridges and FitzGerald participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee RONALD TURMAN recover his costs of this appeal from appellant DAWN DORSEY DANIELS.

Judgment entered this 3rd day of June, 2013.

/Lana Myers/
LANA MYERS
JUSTICE